IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FRANCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN CHOKATOS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-01087 JLT (PC)<br><br>ORDER GRANTING REQUEST FOR A COURTESY COPY OF THE COMPLAINT<br><br>(Doc. 7) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2011, Plaintiff filed a request for a copy of his complaint to retain for his own records. The Court will grant Plaintiff's request for a courtesy copy **this one time**.

Accordingly, it is **HEREBY ORDERED** that:

1. Plaintiff's request for a copy of his complaint (Doc. 7) is **GRANTED**; and
2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the complaint filed July 1, 2011 (Doc. 1); and
3. Plaintiff is advised that the Court will not provide courtesy copies in the future.

IT IS SO ORDERED.

Dated:   **July 19, 2011**　　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE